

**FILED**

AUG 21 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN V. GOUGH, JR., )
                                             )
           Plaintiff, )
                                             ) Case: 1:15-cv-01532 Jury Demand
                                             ) Assigned To : Unassigned
v. ) Assign. Date : 9/21/2015
                                             ) Description: Pro Se Gen. Civil (F Deck)
CALVERT COUNTY CIRCUIT COURT, )
                                             )
           Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's application to proceed *in forma pauperis* and his *pro se* civil complaint. The application will be granted, and the complaint will be dismissed.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a).

The complaint alleges violations of rights under the Second, Sixth and Fifteenth Amendments to the United States Constitution, yet fails to allege any facts to support the claims. Without a statement of a claim showing that the plaintiff is entitled, the complaint does not

comply with Rule 8(a). Therefore, the complaint and this civil action will be dismissed without prejudice.

An Order consistent with this Memorandum Opinion is issued separately.

DATE: 9/18/15

_____
United States District Judge